AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| United States of America<br>v.<br>TORI LYNN HEAD<br>_____<br>*Defendant* | )<br>)  Case No.  3:22-CR-00085-HZ<br>)<br>)<br>) |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 03/28/2022

*Defendant's signature*

*Signature of defendant's attorney*

Michelle Sweet
*Printed name of defendant's attorney*

*Judge's signature*

Honorable Magistrate Judge Jolie A. Russo
*Judge's printed name and title*