Michelle Sweet, OSB No. 060015
Federal Public Defenders Office
101 SW Main Street, Suite 1700
Portland, OR  97204
Tel:     (503) 326-2123
Fax:     (503) 326-5524
Email:   michelle_sweet@fd.org

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:22-cr-00085-HZ |
| Plaintiff, | |
| v. | UNOPPOSED MOTION TO CONTINUE SENTENCING DATE |
| TORI LYNN HEAD, | |
| Defendant. | |

The Defendant, Tori Lynn Head, through counsel, Michelle Sweet, respectfully moves this Court to continue the sentencing date in the above-captioned case for 90 days (*i.e.*, until February 6, 2023). Sentencing is currently scheduled for November 8, 2022. The government, through Assistant U.S. Attorney Ethan Knight, has no opposition to this motion.

Mr. Head is currently charged in Multnomah County along with a co-defendant. That matter was set over until January 2023. At this time, it is the request of the parties that Mr. Head's federal sentencing date be set for a time after the conclusion of his state matter.

Therefore, we request a 90 day set over of Mr. Head's federal sentencing.

RESPECTFULLY submitted this 28th day of September, 2022.

>*/s/ Michelle Sweet*
> Michelle Sweet
> Attorney for the Defendant